IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIMPLY ORGANIC
FOUNDERS, LLC,

    Plaintiff,                                         Case No.:

vs.

SIMPLY ORGANIC
INVESTMENT LLC,

    Defendant.
_____/

## COMPLAINT

Plaintiff, Simply Organic Founders, LLC ("Plaintiff"), by and through its undersigned attorneys, hereby sues Defendant, Simply Organic Investment LLC ("Defendant"), and in support thereof, respectfully states as follows:

### Nature of the Action; Jurisdiction, Venue, & Parties

1. This is an action for breach of contract under Delaware law.

2. Plaintiff is a limited liability company incorporated under the laws of the State of Florida, United States, having its principal place of business in the State of Florida, United States. All of Plaintiff's members are Florida residents.

3. Defendant is a limited liability company incorporated in the state of Delaware, with a principal place of business in Los Angeles, California. On information and belief, none of the owners or members (1)

1

of Defendant, or (2) of any owner or member, direct or indirect, of Defendant, are citizens or residents of Florida.

4. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), based on complete diversity of citizenship between Plaintiff and Defendant, and because the amount in controversy in this action exceeds $75,000, USD.

5. This Court has personal jurisdiction over Defendant pursuant to the Florida Long-Arm Statute, § 48.193; in particular, Defendant entered into a contract with a Florida resident, Plaintiff, that Defendant breached by failing to perform payment obligations in and directed to Florida.

6. Venue is proper in this Court pursuant to either of 28 U.S.C. § 1391(b)(1) or (2), and 28 U.S.C. § 1391(c)(2).[1]

**Facts Common to All Counts**

7. Plaintiff is a Florida-based entity managed by Scott Mitchell, the former controlling person and founder of the Florida company International Hair & Beauty Systems, LLC, d/b/a Simply Organic Beauty ("SO").

8. In circa 2021, via a series of transactions and agreements, an entity affiliated with Defendant via common ownership and/or control

---

[1] Moreover, the governing contract between the Parties from which this action arose expressly references and ties contract performance to a separate agreement involving Plaintiff's controlling person as well one or more entities affiliated with Defendant that included a provision identifying this Court as the exclusive venue and jurisdiction for disputes arising "in connection with" that separate contract.

purchased SO's parent entity, Simply Organic Holdings LLC ("Holdings"). As part of that transaction, Plaintiff secured a minority ownership interest in Holdings; as well, Mr. Mitchell remained as CEO of SO.

9. Circa May 31, 2023, Plaintiff and Defendant entered into the Membership Interest Purchase Agreement (the "Agreement"), a true and correct copy of excerpts of which is attached hereto as Exhibit A.

10. The Agreement provided that Defendant would purchase all of Plaintiff's ownership shares in Holdings for a total price of $1.7 million, of which $1.2 million would be paid on execution of the Agreement, and the remaining $500,000, USD, would be paid via eight equal quarterly installment payments of $62,500, USD, beginning August 30, 2023. Ex. A, Agreement, § 2 (Consideration).

11. In connection with the Agreement, Scott Mitchell entered into a circa May 31, 2023, termination agreement with SO concluding his tenure as its CEO, as well as a new two-year employment agreement with SO as a Strategic Advisor.

12. As a condition for payment of the remaining $500,000, USD, to Plaintiff under the Agreement, Mr. Mitchell was required to, as of each installment payment date, (1) not have resigned from employment with SO as Strategic Advisor, as well as (2) make himself available to assist in Holdings' business as reasonably requested by its Board of Managers, for

no more than 25 hours per calendar month.  Ex. A, Agreement, § 2 (Consideration).

13.     Plaintiff performed all of its Agreement obligations; as well, Mr. Mitchell performed all of his Agreement-related obligations, including (1) not resigning from his 2023 SO employment contract, and (2) making himself available to assist in Holdings' business activities in the manner set forth in the Agreement, at every point when installment payments were due under the Agreement.

14.     Defendant timely made its initial $1.2 million payment to Plaintiff under the Agreement, as well as its first $62,500, USD, installment payment to Plaintiff circa August 2023, but has subsequently declined to make any of the remaining seven payments, totaling a combined $437,5000, USD, due to Plaintiff under the Agreement.

15.     In light of all of the above, Plaintiff alleges the following cause of action:

### Count I
### Breach of Contract

16.     Plaintiff hereby incorporates the allegations in paragraphs 1 through 15 as if fully set forth herein.

17.     This cause of action seeks money damages against Defendant for breach of contract under Delaware law.

18.     Plaintiff and Defendant entered into the Agreement.

19. Plaintiff fully performed each and all of its obligations under the Agreement, and all conditions precedent to Defendant's payment obligations under the Agreement were timely satisfied.

20. Defendant materially breached the Agreement by failing to render full payment due to Plaintiff thereunder; specifically, at least $437,500, USD, is due and owing from Defendant to Plaintiff under the Agreement.

21. Defendant's above breaches of the Agreement directly and proximately damaged Plaintiff.

WHEREFORE, Plaintiff respectfully requests this Court to enter a judgment against Defendant for compensatory damages of at least $437,500, USD, and for any further and consequential damages in amounts to be determined at trial, as well as for reasonable attorney's fees and related relief pursuant to Agreement Section 21, as well as interest, costs, and for such further and other relief as this Court may deem necessary and appropriate.

Dated: September 16, 2025                                  Respectfully submitted,

*/s/ Leighton Leib*                                        */s/ David Knox*
LEIGHTON LEIB                                              DAVID KNOX
Florida Bar No. 011926                                     Florida Bar No. 0093779
lleib@knoxleib.com                                         dknox@knoxleib.com

**KNOX♦LEIB, PLLC**
514 N. Franklin Street, Ste 205
Tampa, Florida 33602
813.252.3622

*Attorneys for Plaintiff*

5